```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0150--CR (JWS)
                "USA V ANTONIO DUKES"
              DEF 1.1 DUKES, ANTONIO
```

In public format, including terminated defendants, excluding terminated counsel

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/22/03
            Closed: 04/07/04
 No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
 Needs interpreter: NO
 Counsel of record: Mary Jane Haden
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: James N. Barkeley
                    U.S Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 DUKES, ANTONIO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1) FELON IN POSSESSION OF A FIREARM (F) | Sentenced (28-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0150--CR (JWS)
                                  "USA V ANTONIO DUKES"

                        In public format, for all filing dates
```

```
     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 10/22/03
              Closed: 04/07/04
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/22/03 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 10/23/03 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 10/23/03 | [Re: DEF 1] JDR Grand Jury Minutes re Indt Secret; WOA to be issued; no bail set. |
| NOTE - 2 | 10/29/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 10/29/03. |
| NOTE - 3 | 10/29/03 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 3 - 1 | 11/03/03 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Arr on Indt hld 10/30/03; MJ Haden apptd; def pled not guilty; def released; Bail Review hrg set for 11/4/03 at 11:00 a.m.; PTM's due 11/19/03; cnsl advised of trial date 1/7/04. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 4 - 1 | 11/03/03 | [Re: DEF 1] Financial Affidavit. |
| 5 - 1 | 11/03/03 | [Re: DEF 1] Order setting conditions of release re bond set O/R; def to reside at Cordova Center. cc: USA, FPD, USM, USPO |
| 6 - 1 | 11/03/03 | [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet & confer by 11/5/03; PTM's due 11/19/03. cc: USA, FPD |
| 7 - 1 | 11/03/03 | [Re: DEF 1] JDR Order of Release re def released 10/30/03. cc: USA, FPD, USM, USPO |
| 8 - 1 | 11/04/03 | [Re: DEF 1] JWS Minute Order setting TBJ on 1/7/04 at 9:00 a.m. and FPTC on 1/7/04 at 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 9 - 1 | 11/04/03 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Bail Review Hrg hld 11/4/03; cont bail review hrg set for 11/6/03 at 11:00 a.m. cc: USA, FPD, USM, USPO |
| 10 - 1 | 11/06/03 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re Cont Bail Review Hrg hld 11/6/03; def's cond's of released modified as directed; defense cnsl to submit the approp order re the work release condition. cc: USA, FPD, USM, USPO |
| 11 - 1 | 11/07/03 | DEF 1 Notice of lodging order re: Mr. Dukes work release conditions. |
| 12 - 1 | 11/10/03 | [Re: DEF 1] JDR Order re work release conditions. cc: USA, FPD, USM, USPO |
| 13 - 1 | 11/12/03 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 14 - 1 | 12/24/03 | {SEALED} |
| 15 - 1 | 12/29/03 | {SEALED} |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0150--CR (JWS)
                                 "USA V ANTONIO DUKES"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 4 | 12/31/03 | [Re: DEF 1] Issued WOA. |
| NOTE - 5 | 12/31/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 12/31/03. |
| 16 - 1 | 12/31/03 | [Re: DEF 1] PLF 1 motion on shortened time for arraest warrant & hrg re violation of pretrial release conditions w/att exh. |
| 17 - 1 | 12/31/03 | [Re: DEF 1] JDR Order granting motion on shortened time for arraest warrant & hrg re violation of pretrial release (16-1). cc: USA, Def w/USM cy, USPO, USM |
| 18 - 1 | 12/31/03 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re I/A on violat of pretrial release cond's hld 12/31/03; def detained. cc: USA, FPD, USM, USPO |
| 19 - 1 | 12/31/03 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 20 - 1 | 12/31/03 | DEF 1 Notice of Intent to change plea. |
| 21 - 1 | 12/31/03 | [Re: DEF 1] JWS Minute Order setting PCOP on 1/5/04 at 9:00 a.m.; 1/7/04 FPTC and TBJ are vacated. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 22 - 1 | 12/31/03 | [Re: DEF 1] Return of WOA executed at Anchorage, AK on 12/31/03. |
| 23 - 1 | 12/31/03 | [Re: DEF 1] Return of WOA executed at Anchaorage, AK by ATF on 10/29/03. |
| 24 - 1 | 01/05/04 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] re: PCOP hrg held 1/5/04; def changed plea to guilty on ct 1 of Indt; IOS set 4/7/04 at 8:30 a.m.; det cont. cc: USA, FPD, USM, USPO, MJ Roberts |
| 25 - 1 | 03/30/04 | DEF 1 Notice of filing def stmt. |
| 26 - 1 | 03/31/04 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 27 - 1 | 03/31/04 | {SEALED} |
| 28 - 1 | 04/07/04 | [Re: DEF 1] JWS Judgment pleaded guilty to ct 1 of Indt (1-1); def sentenced to 30 mos in prison; 24 mos SR; $100.00 SA. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |
| 29 - 1 | 04/09/04 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] re: IOS held 4/7/04; sentenced to 30 mos in prison; 24 mos SR; $100.00 SA; def remanded to USM; def's oral mot for downward departure denied; plf's oral mot for downward departure granted. cc: USA, FPD |
| 30 - 1 | 04/16/04 | DEF 1 appeal to 9CCA of (28-1) filed 04/07/04. cc:USA, FPD, USM, PO, Judge Sedwick, 9CCA |
| NOTE - 6 | 04/19/04 | Transmittal: Forwarded notice of appeal (30-1) to 9CCA. |
| 31 - 1 | 04/19/04 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (30-1) cc: USA, FPD, USM, PO, Judge Sedwick, 9CCA (original), ECR |
| 32 - 1 | 05/07/04 | DEF 1 Transcript Designation/Order Form re: notice of appeal (30-1) w/att order form. cc:ecr |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0150--CR (JWS)
                                 "USA V ANTONIO DUKES"

                      In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 05/17/04 | USM Return of svc on judgment re: DEF 1 executed on 5/13/04 to USP Atwater at Atwater, CA. |
| 34 - 1 | 06/01/04 | [Re: DEF 1] Transcript re: IOS held 4/7/04 notice of appeal (30-1). |
| 35 - 1 | 06/01/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (30-1) cc:USA, FPD, USM, PO, Judge Sedwick, 9CCA (original) |
| 36 - 1 | 06/02/04 | [Re: DEF 1] Transcript re: PCOP hrg held on 1/5/04. |
| 37 - 1 | 07/12/04 | DEF 1 Amended Transcript Designation/Order Form re: notice of appeal (30-1). cc: ECR |
| 38 - 1 | 07/14/04 | Cy Amended 9CCA Certificate of Record. (30-1) cc: USA, FPD, USM, USPO, Judge Sedwick, 9CCA (original) |
| NOTE - 7 | 04/01/05 | Transmittal: Forwarded D.C. record to 9CCA consisting of 1 original vol and 1 sealed w/dkt #'s 14,15,27. |
| NOTE - 8 | 04/07/05 | Notation (re: Appeal): 9CCA receive the record consisting of 1 original vol and 1 sealed w/dkt #'s 14,15,27. |
| 39 - 1 | 05/12/05 | [Re: DEF 1] final Order re: notice of appeal (30-1) that the appellant's mot for voluntary dismissal is GRANTED.  Certified cy of this order shall constitute the mandate. cc: USA, FPD, Judge Sedwick |