PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Antonio Dukes                              Case Number: A03-0150 CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:   April 7, 2004

Original Offense:            Felon in Possession of a Firearm

Original Sentence:           30 months imprisonment, 2 years supervised release

Date Supervision will Commence: March 2, 2006

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"Upon release from imprisonment, the defendant shall reside at the Community Corrections Center (CCC) for a period not to exceed 90 days with release earlier than 90 days should the defendant find a suitable release residence approved by the probation officer. While at the CCC, the defendant shall abide by the rules and regulations of the center and shall be eligible for release for work, substance abuse treatment, and any other reason if pre-approved by the probation officer."

### CAUSE

On April 4, 2004, the Court imposed a 30-month sentence of imprisonment to be followed by two years of supervised release. The offender, arrived at the Cordova Center December 14, 2005, and has a release date of March 2, 2006. On February 17, 2006, the Cordova Center contacted the probation officer and advised that the offender is having difficulty securing housing. The offender requested that he be allowed to stay at the Cordova Center past his release date in order to secure housing and signed the attached probation form 49 to voluntarily modify his conditions. It is respectfully recommended that the Court order the modification as stated above.

*Request for Modification of Conditions or Term*
*Name of Offender        :        Antonio Dukes*
*Case Number              :        A03-0150 CR (JWS)*

Respectfully submitted,

*Eric D. Odegard*
U.S. Probation/Pretrial Services Officer
Date: February 21, 2006

---

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other:

John W. Sedwick
Chief U.S. District Court Judge
Date: 2-20-06

*Request for Modification of Conditions or Term*
*Name of Offender        :        Antonio Dukes*
*Case Number              :        A03-0150 CR (JWS)*

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Antonio Dukes                                        Docket No. A03-0150 CR (JWS)

    I, __Antonio Dukes__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"Upon release from imprisonment, the defendant shall reside at the Community Corrections Center (CCC) for a period not to exceed 90 days with release earlier than 90 days should the defendant find a suitable release residence approved by the probation officer. While at the CCC, the defendant shall abide by the rules and regulations of the center and shall be eligible for release for work, substance abuse treatment, and any other reason if pre-approved by the probation officer."

Signed: _/s/ Antonio Dukes_                                 Date: 2/20/06
        Antonio Dukes
        Supervised Releasee

Witness: _/s/ Jennifer Schoenhofen_                         Date: 2/20/06
        Jennifer Schoenhofen
        Federal Case Manager, Cordova Center