PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Antonio Dukes                    Case Number: A03-0150 CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:     April 7, 2004

Original Offense:              Felon in Possession of a Firearm

Original Sentence:             30 months imprisonment, 2 years supervised release

Date Supervision will Commence: March 2, 2006

### PETITIONING THE COURT

[  ]    To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]     To modify the conditions of supervised release as follows:

The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

Request for Modification of Conditions or Term
Name of Offender        :        Antonio Dukes
Case Number            :        A03-0150 CR (JWS)

## CAUSE

The above modification is sought in order to continue drug testing in this case in compliance with U.S. v. Stephens, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

Michael Pentangelo
Senior U.S. Probation Officer
Date:  March 13, 2006

Approved by:

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[  ]    No Action
[ V ]   The Extension of Supervision as Noted Above
[  ]    The Modification of Conditions as Noted Above
[  ]    Other:

_____

_____

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge
Date: 3/14/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Antonio Dukes**                    **Docket No. : A03CR0150**

     I,  __Antonio Dukes__ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall refrain from the unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

Signed: _____    Date: ___3/6/06_____
       Antonio Dukes
      Probationer or Supervised Releasee

Witness: _____    Date: ___3/6/06_____
      Michael Pentangelo
      Senior U.S. Probation Officer