PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Antonio Dukes                     Case Number: A03-0150 CR (JWS)

Sentencing Judicial Officer:    John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:    April 7, 2004

Original Offense:             Felon in Possession of a Firearm

Original Sentence:            30 months imprisonment, 2 years supervised release

Date Supervision will Commence: March 2, 2006

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

Placement in a community corrections center for 6 months. The defendant is required to follow the rules/regulations of the community corrections center and shall pay subsistence as required. The defendant will be permitted to leave the center for mental health and/or substance abuse treatment; medical appointments; employment or employment search; and as otherwise approved by the probation officer.

*Request for Modification of Conditions or Term*
*Name of Offender        :        Antonio Dukes*
*Case Number              :        A03-0150 CR (JWS)*

## CAUSE

Since the commencement of supervision, the defendant has evidenced marijuana use on 3/17/06; 4/15/06; 5/4/06; 6/27/06; and 7/10/06 and cocaine use on 5/4/06 and 7/10/06. The defendant is currently enrolled in outpatient mental health treatment at Men and Women's Center and outpatient substance abuse treatment at RITE to address emotional/substance abuse issues respectively. The defendant has remained sporadically employed. We feel that 6 months in a community corrections center will provide the defendant with additional structure and assistance in obtaining/maintaining employment and addressing his substance abuse issues. It will also serve as a punitive consequence for these violations of supervised release and for his overall manipulative and dishonest nature. The defendant agrees to this proposed modification as indicated by his signature on the attached Probation Form 49.

Respectfully submitted,

REDACTED SIGNATURE

Michael Pentangelo
Senior U.S. Probation Officer
Date: July 11, 2006

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge

Date: 7-15-06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### for the
District of Alaska

**U.S.A. v Antonio Dukes**                                Docket No. 03CR0150

    I, _Antonio Dukes_ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

Placement in a community corrections center for 6 months. The defendant is required to follow the rules and regulations of the community corrections center and shall pay subsistence as required. The defendant will be permitted to leave the center for mental health and/or substance abuse treatment; medical appointments; employment or employment search; and as otherwise approved by the probation officer.

Signed: _[signature]_  Date: _7/10/06_
Antonio Dukes
Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**  Date: _7/10/06_
Michael Pentangelo
Senior U.S. Probation Officer