RECEIVED
AUG 0 2 2006
U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# United States District Court
for the
## DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case Number: 03CR0150 |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Antonio Dukes ) | |

TO: The United States Marshal
    and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Antonio Dukes and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with 12 violations of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

7-27-06
Date

---

| RETURN OF SERVICE |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| ANCHORAGE, AK |

| Date Received: 8/1/2006 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 8/2/2006 | DUSM Rochelle Liedike | |