

United States Department of Justice
United States Marshals Service
District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:        **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | DUKES, ANTONIO |
| DATE OF BIRTH: | 04/29/1977 |
| CHARGE: | SUPERVISE RELEASE VIOLATIONS |
| CASE NUMBER: | 03:-3-CR-00150 |
| PLACE HELD: | ACC EAST |
| DATE OF ARREST: | 08/02/2006 |
| TIME OF ARREST: | 15:15 |
| PLACE ARRESTED: | ANCHORAGE |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:     YES __X__     NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.