MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>ANTONIO DUKES</u>           CASE NO. <u>3:03-cr-00150-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:           <u>JOHN W. SEDWICK</u>

DEPUTY CLERK/RECORDER:          <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:         <u>JAMES BARKELEY</u>

DEFENDANT'S ATTORNEY:           <u>KEVIN MCCOY - APPOINTED</u>

U.S.P.O.:                       <u>MICHAEL PENTANGELO</u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD AUGUST 3, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:11 p.m. court convened.

<u>X</u> Copy of Petition to Revoke Supervised Release given to
   defendant.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Financial Affidavit **FILED**.
  <u>x</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Defendant **DENIED** allegations <u>1 thru 12 of the Petition to</u>
   <u>Revoke Supervised Release.</u>

<u>X</u> Evidentiary Hearing set for **August 16, 2006 at 8:30 a.m.**
   <u>before U.S. District Judge John W. Sedwick.</u>

<u>X</u> Detention uncontested; Defendant detained.

<u>X</u> Order of Detention Pending Trial **FILED**.

At 2:18 p.m. court adjourned.


DATE:    <u>August 3, 2006</u>    DEPUTY CLERK'S INITIALS: <u>amk</u>