M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
602 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ANTONIO DUKES,<br><br>　　　　　　Defendant. | Case No. 3:03-cr-0150-JWS<br><br>**NOTICE OF INTENT TO ADMIT** |

　　　　Defendant, Antonio Dukes, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court of his intent to admit to violation one through twelve (1-12) of the petition to revoke filed at Docket No. 43.  Mr. Dukes asks that the court accept his admission on Wednesday, August 16, 2006, at 8:30 a.m., the time currently scheduled for an evidentiary hearing.

///

///

///

DATED this 15th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 15, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden