IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS.   ANTONIO DUKES

CASE NO:   3:03-cr-00150-JWS

---

Defendant   Antonio Dukes ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_____Released to _____, the third party custodian(s)

_____Paid cash bail in the amount of _____ to the Clerk of Court

_____Posted unsecured bond in the amount of _____

_____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

_____Surrendered passport to the Clerk of Court

 XX   Other   Defendant to be released on September 22, 2006 to Michael Pentangelo, U.S. Probation Officer, for transporting to the Salvation Army Clitheroe Treatment Center.

Dated at   Anchorage , Alaska this   21st   day of   September , 20 06

**REDACTED SIGNATURE**

RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal

(Rev 9/06)