M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
602 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANTONIO DUKES,<br><br>                Defendant. | Case No. 3:03-cr-0150-JWS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE DISPOSITION HEARING** |

       Defendant, Antonio Dukes, by and through counsel M. J. Haden, Assistant Federal Defender, moves the court on shortened time to continue the disposition hearing in the above styled case currently scheduled for Thursday, November 2, 2006, at 9:30. This motion is necessary because counsel is scheduled to be in Fairbanks, Alaska, on November 2, 2006.  Counsel is available anytime from November 3, 2006 through November 8, 2006.  Counsel is again scheduled to be in Fairbanks on Thursday, November 9, 2006.

       This motion is unopposed by Assistant United States Attorney James Barkeley.

DATED this 31st day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on October 31, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James Barkeley, Esq.

/s/ M. J. Haden