UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ANTONIO DUKES,<br><br>             Defendant. | Case No. 3:03-cr-0150-JWS<br><br>**PROPOSED<br>ORDER RESCHEDULING<br>DISPOSITION HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to continue disposition hearing, the court GRANTS the motion. The disposition hearing currently scheduled for November 2, 2006, at 9:30, is rescheduled to _____, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.


                                                _____<br>
                                                John W. Sedwick<br>
                                           United States District Court Judge