```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.  ANTONIO DUKES             CASE NO. 3:03-cr-00150-JWS
Defendant: X Present X On Bond

BEFORE THE HONORABLE:        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:       ROBIN M. CARTER

UNITED STATES' ATTORNEY:     JAMES BARKELEY

DEFENDANT'S ATTORNEY:        M.J. HADEN

U.S.P.O.:                    MIKE PENTANGELO

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE HELD 11/03/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:47 a.m. court convened.

X FINAL DISPOSITION HEARING:

   X Supervised Release revoked.

   X Defendant imprisoned for a period of time served.

   X Defendant to serve term of supervised release for a period
     of 24 months under the same terms and conditions as
     previously ordered and the following added special
     condition: The defendant shall refrain from the possession
     and use of alcohol and shall not enter any establishments
     where the primary business is the sale of alcohol.

At 9:52 a.m. court adjourned.

DATE: November 3, 2006         DEPUTY CLERK'S INITIALS:   rmc