MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___ANTONIO DUKES___   CASE NO. 3:03-CR-00150-JWS
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE:      MATTHEW D. JAMIN

DEPUTY CLERK/RECORDER:     SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:   JIM BARKELEY

DEFENDANT'S ATTORNEY:      M.J. HADEN - APPOINTED

U.S.P.O.:                  MICHAEAL PENTANGELO / ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 11/08/06:
-----------------------------------------------------------------
At 3:37 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to
defendant; waived reading.

_X_ Financial Affidavit filed; Federal Public Defender accepted
    appointment; FPD notified.

_X_ Defendant **DENIED** allegation 1 of the Petition to Revoke
    Supervised Release.

_X_ Consent to be filed within _5_ days or case shall be trans-
    ferred to U.S. District Judge.

_X_ Defendant's detention continued; Order of Detention Pending
    Trial **FILED.**

_X_ OTHER:  Court and counsel heard re plaintiff's detention
    recommendations.

At 3:53 p.m. court adjourned.

DATE: November 8, 2006   DEPUTY CLERK'S INITIALS:      SCL

05/00