# United States District Court
for the
## DISTRICT OF ALASKA

RECEIVED
NOV 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case Number: 03CR0150 |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Antonio Dukes ) | |

TO:  The United States Marshal
     and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Antonio Dukes and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with one violation of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

11-8-06
Date

| RETURN OF SERVICE |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| U.S. PROBATION ANCHORAGE. |

| Date Received: 11-8-06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 11-8-06 | DAVID LONG DUSM | |