M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTONIO DUKES,<br><br>        Defendant. | Case No. 3:03-cr-0150-JWS<br><br>**NOTICE OF INTENT TO ADMIT** |

       Defendant, Antonio Dukes, by and through counsel M. J. Haden, Assistant Federal Defender, hereby notifies the court of his intent to admit to the petition to revoke filed at Docket No. 56.  The parties have agreed on a proposed disposition of a one year and one day sentence of imprisonment with no supervision to follow.

       Mr. Dukes asks that the court schedule an adjudication/disposition hearing at a time convenient to the court and counsel.  Undersigned counsel will be in Fairbanks on Thursday, December 7, 2006, and is out of the office from December 8, 2006, through December 25, 2006.  Undersigned counsel respectfully asks that a hearing be scheduled during December 4, 2006, through December 6, 2006.

DATED this 1st day of December, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on December 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

James N. Barkeley, Esq.

/s/ M. J. Haden