```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  __ANTONIO DUKES__  CASE NO.  __3:03-CR-00150-JWS__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE:          JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON

UNITED STATES' ATTORNEY:       JAMES BARKELEY

DEFENDANT'S ATTORNEY:          M.J. HADEN

U.S.P.O.:                      MIKE PENTANGELO

PROCEEDINGS: DISPOSITION HEARING RE PETITION TO REVOKE SUPERVISED
             RELEASE Held 12-06-06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

_X_ Defendant **ADMITTED** allegation _1 of the Petition to Revoke Supervised Release._

_X_ Supervised Release revoked.

_X_ Imprisonment for a period of _12 Months and One Day._

_X_ NO TERM OF SUPERVISION TO FOLLOW.

_X_ OTHER: _Court advised defendant of appeal rights._

_X_ Defendant remanded into custody by the U.S. Marshal Service.

At 9:42 a.m. court adjourned.

DATE:     December 6, 2006      DEPUTY CLERK'S INITIALS:    Ce