UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

ANTONIO DUKES

**SECOND AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 04/07/04 )
Case Number: 3:03-cr-00150-JWS
M.J. Haden
      Defendant's Attorney

Defendant's probation officer filed a petition on 11/08/06       accusing defendant of  1  violation of the conditions of supervision provided in the original judgment.  Defendant admitted allegation 1 of the petition to revoke supervised release.  All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Fail to report | 11/07/2006 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 6, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer
12-7-06
Date

AO245.REV

Defendant: ANTONIO DUKES                    Amended Judgment--Page 2 of 3
Case No.: 3:03-cr-00150-JWS

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 Months and One day.

[X]  The court makes the following recommendations to the Bureau of Prisons:
     Court recommends that the defendant serve his time at the facility located at Sheridan, Oregon.

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
     [_]  at _____ a.m./p.m. on _____.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
     [_]  before 2 p.m. on _____.
     [_]  as notified by the United States Marshal.
     [_]  as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                        _____
                                        United States Marshal

                                        By _____
                                           Deputy Marshal

AO245.REV

Defendant: ANTONIO DUKES                             Amended Judgment--Page 3 of 3
Case No.: 3:03-cr-00150-JWS

## SUPERVISED RELEASE

The term of supervision is not extended as follows:

NO TERM OF SUPERVISION TO FOLLOW

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV