Case 3:03-cr-00150-JWS-JDR   Document 68-1   Filed 12/1 2006


RECEIVED
MAR 27 2007
CLERK, U.S. ...
SECOND ANCHOR...

### UNITED STATES DISTRICT COURT
### District of Alaska

UNITED STATES OF AMERICA,

vs.

ANTONIO DUKES

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 04/07/04 )
Case Number: 3:03-cr-00150-JWS
M.J. Haden
Defendant's Attorney

Defendant's probation officer filed a petition on 11/08/06 accusing defendant of  1  violation of the conditions of supervision provided in the original judgment. Defendant admitted allegation 1 of the petition to revoke supervised release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Fail to report | 11/07/2006 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 6, 2006
Date of Disposition/Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer
12-7-06
Date

Certified to be a true and correct copy of original filed in my office.
Dated 12/11/06
IDA ROMACK, Clerk
By REDACTED SIGNATURE Deputy

AO245.REV

Case 3:03-cr-00150-JW-JDR   Document 68-1   Filed 12/1/2006   Page 2 of 3

Defendant: ANTONIO DUKES                    Amended Judgment--Page 2 of 3
Case No.: 3:03-cr-00150-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of _12 Months and One day_.

[X] The court makes the following recommendations to the Bureau of Prisons:
    Court recommends that the defendant serve his time at the facility located at Sheridan, Oregon.

[X] The defendant is remanded to the custody of the United States Marshal.

[_] The defendant shall surrender to the United States Marshal for this district,
        [_] at _____ a.m.
        [_] at _____ p.m. on _____.

[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on __3-7-07__ to __FCI, Sheridan__ at __Sheridan, Oregon__, with a certified copy of this judgment.

                                    _Charles A. Daniels, Warden_
                                    ~~United States Marshal~~
                                 By _Debra Rector_, LTE
                                    ~~Deputy~~ Marshal

AO245.REV

Case 3:03-cr-00150-JV. JDR   Document 68-1   Filed 12/1 2006   Page 3 of 3

Defendant: ANTONIO DUKES                     Amended Judgment--Page 3 of 3
Case No.: 3:03-cr-00150-JWS

**SUPERVISED RELEASE**

The term of supervision is not extended as follows:

NO TERM OF SUPERVISION TO FOLLOW

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV

DEFENDANT:        ANTONIO DUKES
CASE NUMBER:   3:03-cr-00150-JWS
DISTRICT:            ALASKA

## STATEMENT OF REASONS

(Not for Public Disclosure)

| | |
|---|---|
| Soc. Sec. No.: 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 | DECEMBER 6, 2006 |
| Date of Birth: 04/29/77 | |
| | Redacted Signature |
| Residence Address: 2006 W. 47th Ave. | Signature of Judge |
| Anchorage, AK | |
| | JOHN W. SEDWICK, U.S. DISTRICT JUDGE |
| Mailing Address: Same as above | Name and Title of Judge |
| | 12-7-06 |
| | Date Signed |

AO245.REV